IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 623-015 |
| | ) | |
| JAMAL BRASHAD HAWKINS | ) | |

**ORDER**

After a careful, *de novo* review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 50.) Contrary to Defendant's assertion, the government argued at the suppression hearing that Miranda warnings were not required because Defendant was not in custody. (Doc. no. 42, p. 45.) Accordingly, the Court **OVERRULES** Defendant's objections, **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, and **DENIES** Defendant's Motion to Suppress. (Doc. no. 22.)

SO ORDERED this ___21ST___ day of June, 2024, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA